## UNITED STATES BANKRUPTCY
### OFFICE OF THE CLERK
### WESTERN DISTRICT OF PENNSYLVANIA
#### 717 State Street, Suite 501
#### Erie, Pennsylvania 16501

Telephone (814) 453-7580

**THEODORE S. HOPKINS**
CLERK OF COURT

**DEBRA C. SCIAMANDA**
DEPUTY IN CHARGE

Robert V. Barth
Clerk, U.S. District Court
P.O. Box 1805
Pittsburgh, PA  15230

In Re: Florence P. Gregory

Case No: 01-12468

County: Venango

Civil Action No. 03-225

District Court Judge:

Dear Mr. Barth:

### APPEAL FROM BANKRUPTCY COURT TO DISTRICT COURT

An appeal has been filed in the above-referenced case. The notice of appeal, a copy of the judgment or order appealed from, a copy of the docket sheet, and the following copies of documents have been enclosed with this letter:1, 6, 12, 16, 53, 91 & 92.

Please see the order of District Court dated 10/27/03 remanding this appeal back to the Bankruptcy Court until the record is completed.

Please return the enclosed copy of this transmittal letter and include the Civil Action Number assigned by your office.

Sincerely,

THEODORE S. HOPKINS
Clerk, U.S. Bankruptcy Court

Date:   December 8, 2003

By:   /s/ Bonnie B. Newton
Deputy Clerk

Enclosure(s)                                                          #E-6d:
c: Appellant(s)
   Appellee(s)
   U.S. Trustee

DistDue, APPEAL

## U.S. Bankruptcy Court
## Western District of Pennsylvania (Erie)
## Bankruptcy Petition #: 01-12468-WWB
### Internal Use Only

*Assigned to:* Judge Warren W. Bentz               *Date Filed:* 12/14/2001
Chapter 7
Voluntary
Asset

**Florence P. Gregory**                      represented by **Diane E. Hasek**
P.O. Box 186                                                224 South Main Street
Franklin, PA 16323                                          P.O. Box 77926
SSN: 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                                            Seneca, PA 16346
*Debtor*                                                    814-677-0825
*aka*                                                       Email: aneidich@csonline.net
**Florence Pearl Hartle**

**Richard W. Roeder**
314 S. Franklin St. Suite B
Titusville, PA 16354
814-827-1844
*TERMINATED: 01/07/2002*
*Trustee*

**William Pineo**
764 Park Avenue
P.O. Box 598
Meadville, PA 16335
814-337-8075
*Trustee*

| Filing Date | # | Docket Text |
|---|---|---|
| 12/14/2001 | 1 | Voluntary Petition Under Chapter 7 all schedules and statements. ;Proof of Claim (gov) Deadline: 6/12/02 Filing Fee $ 200.00 Receipt # 15791 () (vkna) (Entered: 12/17/2001) |
| 12/14/2001 | 2 | Notice to Individual Consumer Debtor(s). (vkna) (Entered: 12/17/2001) |
| 12/14/2001 | 3 | Request for Filing Fee Re: [3-1] Request Filing Fee (vkna) (Entered: 12/17/2001) |
| 12/18/2001 | | Filing Fee Paid in Full RE: [1-1] Voluntary Petition ( Filing Fee $ 200.00 Receipt # 15817) (bnew) (Entered: 12/20/2001) |

| 12/18/2001 | | Terminated Deadline Filing fee paid. (bnew) (Entered: 12/27/2001) |
|---|---|---|
| 12/20/2001 | | 341 Meeting of Creditors Scheduled For 1:30 2/5/02 At Room 100 Venango Cnty Annex Last Day To Oppose Discharge: 4/8/02 ;Last Day to File Proofs Of Claim: 5/6/02 # of Schedule Pages = 7 at a cost of: $ 3.50 (bnew) (Entered: 12/20/2001) |
| 12/22/2001 | | Courts BNC Certificate of Service Re: [0-0] 341 Meeting . # of Notices: 18 were sent out. (auto) (Entered: 12/25/2001) |
| 01/07/2002 | 4 | Trustee's Rejection Of Appointment. Involvement Of Trustee Richard W. Roeder Terminated. (bnew) (Entered: 01/10/2002) |
| 01/10/2002 | 5 | Notice of Appointment of Trustee, William Pineo (bnew) (Entered: 01/10/2002) |
| 01/10/2002 | 6 | Rescheduled 341 Meeting 9:00 2/25/02 At Thomas Room, Meadville (bnew) (Entered: 01/10/2002) |
| 01/12/2002 | | Courts BNC Certificate of Service Re: [6-1] 341 Meeting Rescheduled . # of Notices: 19 were sent out. (auto) (Entered: 01/15/2002) |
| 02/27/2002 | 7 | Application By Trustee William Pineo To Employ William Pineo as Attorney Pro Se PIN-01 . (vson) (Entered: 02/27/2002) |
| 02/27/2002 | 8 | Motion By Trustee William Pineo To Extend Time in Which to Oppose Discharge 01-PIN-02 . (vson) (Entered: 02/28/2002) |
| 02/27/2002 | 9 | 341 Meeting Not Held. Meeting to be rescheduled. (dsci) (Entered: 03/01/2002) |
| 02/28/2002 | 10 | Order Granting [7-1] Application To Employ William Pineo as Attorney Pro Se PIN-01 by William Pineo . cm: Pineo, Hasek & USTee. (dsci) (Entered: 03/01/2002) |
| 03/04/2002 | 11 | Order Granting [8-1] Motion To Extend Time in Which to Oppose Discharge 01-PIN-02 by William Pineo ; Last Day to Oppose Discharge: 7/8/02 . cm: all creditors (bnew) (Entered: 03/04/2002) |
| 03/07/2002 | 13 | Courts Certificate of Mailing Re: [11-1] Order ( # of Notices: 22). (bnew) (Entered: 03/08/2002) |
| 03/08/2002 | 12 | Rescheduled 341 Meeting 9:00 4/29/02 At Thomas Room, Meadville (bnew) (Entered: 03/08/2002) |
| 03/10/2002 | | Courts BNC Certificate of Service Re: [12-1] 341 Meeting Rescheduled . # of Notices: 22 were sent out. (auto) (Entered: 03/12/2002) |
| 04/29/2002 | 15 | Trustee's Report of No Assets. (bnew) (Entered: 05/01/2002) |
| 04/30/2002 | 14 | 341 Meeting Held on 4/29/02. (bnew) (Entered: 05/01/2002) |

| 05/10/2002 | 16 | Amended Schedules Summary, A, B, C And Certificate of Service. (vson) (Entered: 05/13/2002) |
|---|---|---|
| 05/21/2002 | 17 | Objection to Exemptions and Motion for Injunctive Relief, Motion # LEW-1 Filed By creditor Kenneth Gregory (bnew) (Entered: 05/22/2002) |
| 05/28/2002 | 18 | Order Setting Hearing Re: [17-1] Exemption Objection Objection to Exemptions and Motion for Injunctive Relief, Motion # LEW-1 by Kenneth Gregory scheduled For 11:10 7/1/02 at Bkrptcy Crtrm,717 State, Erie ;Response Due: 6/24/02 . cm: Hasek, Pineo, Wilson, UStee (bnew) (Entered: 05/29/2002) |
| 05/31/2002 | 19 | Response By Debtor Florence P. Gregory To [17-1] Exemption Objection Objection to Exemptions and Motion for Injunctive Relief, Motion # LEW-1 by Kenneth Gregory . (DEH-1) (bnew) (Entered: 06/03/2002) |
| 06/10/2002 | 20 | Objection to Exemption, Motion # PIN-2 Filed By Trustee William Pineo (bnew) (Entered: 06/12/2002) |
| 06/20/2002 | 21 | Order Setting Hearing Re: [20-1] Exemption Objection Objection to Exemption, Motion # PIN-2 by William Pineo scheduled For 3:05 7/22/02 at Bkrptcy Crtrm,717 State, Erie ;Response Due: 7/15/02 . cm: Pineo, UStee (bnew) (Entered: 06/21/2002) |
| 06/24/2002 | 22 | Objection to Amended Exemption, Motion # LEW-1 Filed By creditor Kenneth Gregory (bnew) (Entered: 06/25/2002) |
| 07/01/2002 | 23 | Motion By Trustee William Pineo To Continue Hearing Re: [20-1] Exemption Objection Objection to Exemption, Motion # PIN-2 by William Pineo PIN-3 (bnew) (Entered: 07/02/2002) |
| 07/01/2002 | 24 | Certificate Of Service By Trustee William Pineo Of [21-1] Hearing . PIN-2 (bnew) (Entered: 07/02/2002) |
| 07/01/2002 | 25 | Response By Debtor Florence P. Gregory To [22-1] Exemption Objection Objection to Amended Exemption, Motion # LEW-1 by Kenneth Gregory . (bnew) (Entered: 07/02/2002) |
| 07/01/2002 | 26 | Proceeding Memo Setting Hearing Re: [17-1] Exemption Objection Objection to Exemptions and Motion for Injunctive Relief, Motion # LEW-1 by Kenneth Gregory Continued For 3:05 7/22/02 at Bkrptcy Crtrm,717 State, Erie . (pbar) (Entered: 07/08/2002) |
| 07/08/2002 | | Complaint (02-1051) Kenneth Gregory vs. Florence P. Gregory . NOS 424 Objection To Discharge (727) , NOS 426 Dischargeability 523 , NOS 456 Declaratory Judgment . ( Filing Fee $ 150.00 Receipt # 2115) (dsci) (Entered: 07/09/2002) |
| 07/08/2002 | 27 | Order Granting [23-1] Motion To Continue Hearing Re: [20-1] Exemption Objection Objection to Exemption, Motion # PIN-2 by William Pineo PIN-3 |

| | | by William Pineo Hearing reset To 3:00 8/19/02 at Bkrptcy Crtrm,717 State, Erie . cm: Pineo, Hasek, Wilson, USTee (vson) (Entered: 07/10/2002) |
|---|---|---|
| 07/08/2002 | 27 | Order Setting Hearing Re: [17-1] Exemption Objection Objection to Exemptions and Motion for Injunctive Relief, Motion # LEW-1 by Kenneth Gregory Continued For 3:00 8/19/02 at Bkrptcy Crtrm,717 State, Erie . cm: Pineo, Hasek, Wilson, USTee (vson) (Entered: 07/10/2002) |
| 07/19/2002 | 28 | Response By Debtor Florence P. Gregory To Motion for Relief From Stay DEH-3/GB-1.(not yet filed) (bnew) (Entered: 07/22/2002) |
| 07/22/2002 | 29 | Order Dismissing [28-1] Response by Florence P. Gregory . for failure to follow self scheduling cm: Hasek (bnew) (Entered: 07/22/2002) |
| 07/24/2002 | 30 | Certificate Of Service By Diane E. Hasek for Debtor Florence P. Gregory Of [28-1] Response by Florence P. Gregory . DEH-3 (bnew) (Entered: 07/29/2002) |
| 07/26/2002 | 31 | Motion By creditor Mellon Bank, N.A. For Relief From Stay GB-1 . (bnew) (Entered: 07/29/2002) |
| 07/26/2002 | | Filing Fee Paid in Full RE: [31-1] Motion For Relief From Stay GB-1 by Mellon Bank, N.A. ( Filing Fee $ 75.00 Receipt # 2377) (bnew) (Entered: 07/29/2002) |
| 07/26/2002 | | Self Scheduling Response by Trustee William Pineo to [31-1] Motion For Relief From Stay GB-1 by Mellon Bank, N.A. . (bnew) (Entered: 07/29/2002) |
| 07/26/2002 | | Self Scheduling Response by Debtor Florence P. Gregory to [31-1] Motion For Relief From Stay GB-1 by Mellon Bank, N.A. . (bnew) (Entered: 07/29/2002) |
| 07/26/2002 | | Self Scheduling Documents Re: [31-1] Motion For Relief From Stay GB-1 by Mellon Bank, N.A. Notice of Hearing Set for 1:30 8/5/02 at Bkrptcy Crtrm,717 State, Erie . Certificate of Service and Proposed Order. (bnew) (Entered: 07/29/2002) |
| 08/05/2002 | 32 | Proceeding Memo Setting Hearing Re: [31-1] Motion For Relief From Stay GB-1 by Mellon Bank, N.A. continued For 11:40 10/7/02 at Bkrptcy Crtrm,717 State, Erie . (bnew) (Entered: 08/07/2002) |
| 08/09/2002 | 33 | Consent By Trustee William Pineo To Late filing of Debtors Answer to Trustee's Objections to Exemptions PIN-2 (bnew) (Entered: 08/12/2002) |
| 08/09/2002 | 34 | Response By Debtor Florence P. Gregory To [20-1] Exemption Objection Objection to Exemption, Motion # PIN-2 by William Pineo . (motion number on response DEH-2) (bnew) (Entered: 08/12/2002) |
| 08/14/2002 | | Complaint (02-1069) William Pineo, Esq., Trustee vs. Kemper Insurance Companies . NOS 454 Recover Money/Property . ( Filing Fee $ Postponed) |

| | | |
|---|---|---|
| | | (bnew) (Entered: 08/16/2002) |
| 08/14/2002 | 35 | Trustee's Request to Postpone Payment of Fees. (01-12468) (bnew) (Entered: 08/16/2002) |
| 08/16/2002 | 36 | Exhibit B to be attached to Objection to Exemption LEW-1 (bnew) (Entered: 08/16/2002) |
| 08/19/2002 | 37 | Proceeding Memo Setting Hearing Re: [20-1] Exemption Objection Objection to Exemption, Motion # PIN-2 by William Pineo continued For 11:20 10/28/02 at Bkrptcy Crtrm,717 State, Erie . (bnew) (Entered: 08/21/2002) |
| 08/19/2002 | 38 | Proceeding Memo Setting Hearing Re: [22-1] Exemption Objection Objection to Amended Exemption, Motion # LEW-1 by Kenneth Gregory continued For 11:20 10/28/02 at Bkrptcy Crtrm,717 State, Erie, [17-1] Exemption Objection Objection to Exemptions and Motion for Injunctive Relief, Motion # LEW-1 by Kenneth Gregory continued For 11:20 10/28/02 at Bkrptcy Crtrm,717 State, Erie . (bnew) (Entered: 08/21/2002) |
| 10/02/2002 | ◗ 39 | Withdrawal of Motion By creditor Mellon Bank, N.A. For Relief From Stay GB-1. Filed by Mellon Bank, N.A. (related document(s)[31]). (bnew, ) (Entered: 10/02/2002) |
| 10/02/2002 | | Documents terminated. GB-1. (bnew, ) (Entered: 10/02/2002) |
| 10/02/2002 | ◗ | Disposition of Adversary. (bnew, ) (Entered: 10/02/2002) |
| 10/02/2002 | ◗ 40 | Adversary Case Closed. 20 year disposition (bnew, ) (Entered: 10/02/2002) |
| 10/28/2002 | ◗ 41 | Proceeding Memo Continuing Hearing on (related document(s)[20], [17]PIN-2, LEW-1). Status hearing to be held on 1/13/2003 at 11:40 AM at e71 Bankruptcy Courtroom, Seventh Floor, Erie. (bnew, ) (Entered: 10/29/2002) |
| 11/14/2002 | ◗ 42 | Trustee's Notice of Assets & Request for Notice to Creditors *and withdrawl of No Asset Case Report* Filed by William Pineo. (bnew, ) (Entered: 11/15/2002) |
| 11/15/2002 | ◗ 43 | Notice Setting Last Day To File Proofs of Claim. Proofs of Claims due by 2/13/2003. (bnew, ) (Entered: 11/15/2002) |
| 11/17/2002 | 44 | BNC Certificate of Mailing. Service Date 11/17/02. (Related Doc # [43]) (Admin.) (Entered: 11/18/2002) |
| 12/23/2002 | ◗ 45 | Amended Schedules F, Summary and Statement of Financial Affairs. Filed by Florence P. Gregory. (dsci, ) (Entered: 12/24/2002) |
| 12/23/2002 | ◗ 46 | Request for Filing Fees. (related document(s)[45])Amended Schedules F, Summary and Statement of Financial Affairs. Filing Fee due by 12/30/2002. |

| | | (dsci, ) (Entered: 12/24/2002) |
|---|---|---|
| 12/30/2002 | ❷ 47 | Receipt Number 4463, Fee Amount $ 20.00 (related document(s)[45]) on amendment to Schedule F. (dsci, ) (Entered: 12/30/2002) |
| 01/13/2003 | ❷ 48 | Hearing Held Objection to Amended Exemption, Motion # LEW-1 (related document(s)[22], and Trustee's Objection to Exemptions [17]). (avay, )Continued to status conf on Feb. 10, 2003, Discovery is open. (Entered: 01/14/2003) |
| 01/13/2003 | ❷ 49 | Proceeding Memo Setting Hearing on Objection to Exemptions and Motion for Injunctive Relief, Motion # LEW-1 and Trustee's Objection to Ememptions PIN-02(related document(s)[20], [17]). Continued Status hearing to be held on 2/10/2003 at 02:20 PM at e71 Bankruptcy Courtroom, Seventh Floor, Erie. Discovery is open. (avay, ) (Entered: 01/14/2003) |
| 02/10/2003 | ❷ 50 | Hearing Held (related document(s)[20]Objection to Exemption, Motion # PIN-2, [22]Objection to Amended Exemption, Motion # LEW-1, [17]Objection to Exemptions and Motion for Injunctive Relief, Motion # LEW-1 ). Trial scheduled. (bnew, ) (Entered: 02/25/2003) |
| 02/21/2003 | ❷ 51 | Order Setting Hearing on (related document(s)[20]Objection to Exemption, Motion # PIN-2, [22]Objection to Amended Exemption, Motion # LEW-1, [17]Objection to Exemptions and Motion for Injunctive Relief, Motion # LEW-1).Trial Hearing scheduled for 5/16/2003 at 09:15 AM at e71 Bankruptcy Courtroom, Seventh Floor, Erie. Plaintiff's Pre-Trial Statment due 3/10/03 Denfendant's Pre-Trial Statement due by 3/31/2003. cm: Pineo, UStee, Hasek, Wilson. (bnew, ) (Entered: 02/25/2003) |
| 03/10/2003 | ❷ 52 | Proposed Findings of Fact and Conclusions of Law filed by Kenneth Gregory (related document(s)[22]Objection to Amended Exemption). (Attachments: # 1 Exhibit) (bnew, ) (Entered: 04/07/2003) |
| 03/31/2003 | ❷ 53 | Pre-Trial Statement Filed by Florence P. Gregory. (Attachments: # 1 Exhibit) (bnew, ) (Entered: 04/07/2003) |
| 04/11/2003 | ❷ 54 | Motion to Compel *Discovery and Impose Sanctions* Filed by Kenneth Gregory. (Attachments: # 1 Proposed Order) (bnew, ) Modified on 4/18/2003 (bnew, ). (Entered: 04/16/2003) |
| 04/15/2003 | ❷ 55 | Answer to Interrogatories Filed by Florence P. Gregory. (bnew, ) (Entered: 04/18/2003) |
| 04/15/2003 | ❷ 56 | Motion to Dismiss/Withdraw Document *Motion to Compel Discovery and Impose Sanctions* Filed by Florence P. Gregory (related document(s)54). (bnew, ) (Entered: 04/18/2003) |
| 04/18/2003 | ❷ 57 | Order Setting Hearing on (related document(s)54) Motion to Compel Discovery and Impose Sanctions Filed by Kenneth Gregory. Hearing scheduled for 5/5/2003 at 02:50 PM at e71 Bankruptcy Courtroom, Seventh Floor, Erie. Responses due by 5/2/2003. cm: Wilson, II, Esq. and U.S. |

| | | Trustee. (pbar, ) (Entered: 04/18/2003) |
|---|---|---|
| 04/18/2003 | ❂ <br> 58 | BNC PDF Notice In Re: Order setting hearing for May 5, 2003 at 2:50 p.m. on Motion of Kenneth Gregory to Compel Discovery and Impose Sanctions in Adv. 02-1051. cm: Wilson, II, Esq. and U.S. Trustee. (pbar, ) (Entered: 04/18/2003) |
| 04/20/2003 | 59 | BNC Certificate of Mailing - PDF Document. Service Date 04/20/03. (Related Doc # 57) (Admin.) (Entered: 04/21/2003) |
| 04/20/2003 | 60 | BNC Certificate of Mailing - PDF Document. Service Date 04/20/03. (Related Doc # 58) (Admin.) (Entered: 04/21/2003) |
| 05/02/2003 | ❂ <br> 61 | Certificate of Resolution Filed by Kenneth Gregory (related document(s)54Motion to Compel Discovery and Impose Sanctions ). (bnew, ) (Entered: 05/02/2003) |
| 05/02/2003 | ❂ <br> 62 | Order on Motion To Compel rendering the motion moot per resolution and cancelling 5/5/03 hearing. cm: by FAX: Wilson, Hasek, Pineo, UStee.(Related Doc # 54) Signed on 5/2/2003. (bnew, ) (Entered: 05/02/2003) |
| 05/02/2003 | | Documents terminated.Motion to Dismiss/Withdraw Document Motion to Compel Discovery and Impose Sanctions per order signed on 5/2/03 rendering Motion to compel as moot. (bnew, ) (Entered: 05/02/2003) |
| 05/16/2003 | ❂ <br> 63 | Hearing Held (related document(s)[17]Objection to Exemptions and Motion for Injunctive Relief, Motion # LEW-1). (bnew, ) (Entered: 06/02/2003) |
| 05/16/2003 | ❂ <br> 64 | Letter RE: Witnesses Filed by Kenneth Gregory. (bnew, ) (Entered: 06/02/2003) |
| 05/22/2003 | ❂ <br> 65 | Memorandum & Order Denying Objection to Debtor's Claim of Exemptions (Related Doc # [22]) Signed on 5/22/2003. cm: Hasek, Wilson, UStee, Pineo. (bnew, ) Modified on 6/2/2003 (bnew, ). (Entered: 06/02/2003) |
| 05/27/2003 | ❂ <br> 67 | Notice of Appeal. Receipt Number 6432,Fee Amount $ 105. Filed by Kenneth Gregory (related document(s)65). Appellant Designation due by 6/9/2003. (bnew, ) Additional attachment(s) added on 6/2/2003 (bnew, ). (Entered: 06/02/2003) |
| 05/27/2003 | ❂ <br> 68 | Appeal Cover Sheet Filed by Kenneth Gregory (related document(s)67). (bnew, ) (Entered: 06/02/2003) |
| 06/02/2003 | ❂ | Disposition of Adversary. (bnew, ) (Entered: 06/02/2003) |
| 06/02/2003 | ❂ <br> 66 | Adversary Case Closed. 20 year disposition. (bnew, ) (Entered: 06/02/2003) |
| 06/02/2003 | ❂ <br> 69 | Letter to All Parties Regarding Filing Designations of Record on Appeal. cm:Hasek, Pineo, UStee, Wilson, Gregory (related document(s)67Notice of |

| | | Appeal. ). (bnew, ) (Entered: 06/02/2003) |
|---|---|---|
| 06/02/2003 | ● 70 | Order that Parties Must Provide Copies of All Papers Designated and Clerk to Transmit Those Copies to District Court. cm:Appellant, Appellee(s), UStee, Wilson Signed on 6/2/2003. (related document(s)67Notice of Appeal.). (bnew, ) (Entered: 06/02/2003) |
| 06/04/2003 | 71 | BNC Certificate of Mailing - PDF Document. Service Date 06/04/03. (Related Doc # 67) (Admin.) (Entered: 06/05/2003) |
| 06/04/2003 | 72 | BNC Certificate of Mailing - PDF Document. Service Date 06/04/03. (Related Doc # 69) (Admin.) (Entered: 06/05/2003) |
| 06/04/2003 | 73 | BNC Certificate of Mailing - PDF Document. Service Date 06/04/03. (Related Doc # 70) (Admin.) (Entered: 06/05/2003) |
| 06/30/2003 | ● 74 | Notice of Intention to Transmit Partial Appeal. cm: Appellant, Appellee, UStee. (related document(s)67Notice of Appeal. ). Partial Appeal Record will be transmitted on 7/15/2003. (bnew, ) (Entered: 06/30/2003) |
| 07/02/2003 | ● 75 | 424 (Obj/Revocation Discharge 727): Complaint *Objecting to Discharge* by Roy J. Blair against Florence P. Gregory. Receipt Number 6919, Fee Paid $ 150.00. (vkna, ) (Entered: 07/02/2003) |
| 07/16/2003 | ● 76 | Transmittal of Record on Appeal to U.S. District Court (related document(s)67). (bnew, ) (Entered: 07/16/2003) |
| 07/16/2003 | ● 77 | Acknowledgement by District Court of Transmittal. Civil Action Number: 03-225 District Court Judge: McLaughlin (related document(s)67Notice of Appeal.). (bnew, ) (Entered: 07/21/2003) |
| 08/14/2003 | ● 78 | Motion to Dismiss Case *Appeal of Kenneth Gregory Pursuant to Noncompliance with Procedure 8006 and 8009* Filed by Florence P. Gregory. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Hasek, Diane) Modified on 8/15/2003 (bnew, ). CORRECTIVE ENTRY: SHOULD HAVE BEEN DOCKETED AS MOTION TO DISMISS/WITHDRAW DOCUMENT UNDER THE MISCELLANEOUS CATEGORY. ATTORNEY TO REFILE ENTIRE DOCKET ENTRY. (Entered: 08/14/2003) |
| 08/15/2003 | ● 79 | CORRECTIVE ENTRY: SHOULD HAVE BEEN DOCKETED AS MOTION TO DISMISS/WITHDRAW DOCUMENT UNDER THE MISCELLANEOUS CATEGORY. ATTORNEY TO REFILE ENTIRE DOCKET ENTRY.(related document(s)78Motion to Dismiss Case Appeal of Kenneth Gregory Pursuant to Noncompliance with Procedure 8006 and 8009 ). (bnew, ) (Entered: 08/15/2003) |
| 08/22/2003 | ● 80 | Motion to Dismiss/Withdraw Document *Appeal of Kenneth Gregory Pursuant to Noncompliance with Procedure 8006 and 8009* Filed by Florence P. Gregory (related document(s)67). (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Hasek, Diane) (Entered: 08/22/2003) |

| 08/22/2003 | ❷ 82 | Order Dismissing Motion to Dismiss/Withdraw Document; to be refiled in the District Court (Related Doc # 80) Signed on 8/22/2003. cm by Chambers to: Pineo, UStee, Hasek, Wilson, K. Gregory. (bnew, ) (Entered: 08/27/2003) |
| --- | --- | --- |
| 08/27/2003 | ❷ 81 | Copy of Motion to Dismiss Appeal filed by Florence P. Gregory (related document(s)67). (bnew, ) (Entered: 08/27/2003) |
| 08/27/2003 | ❷ 83 | Letter of Transmission to District Court. Documents Delivered to District Court. (related document(s)81Copy of Motion to Dismiss Appeal, 82Order Dismissing Motion to Dismiss/Withdraw Document). (bnew, ) (Entered: 08/27/2003) |
| 08/27/2003 | ❷ 84 | Copy of Letter of Transmission from District Court. (related document(s)83Letter of Transmission to District Court. Documents Delivered to District Court. (related document(s)81Copy of Motion to Dismiss Appeal, 82Order Dismissing Motion to Dismiss/Withdraw Document)). (bnew, ) (Entered: 08/28/2003) |
| 09/02/2003 | ❷ 85 | Order of District Judge McLaughlin RE: appellant to comply and file his designations of record and statement of issues by 9/19/03 or a brief to show cause why pleadings have not been filed Signed on 9/2/2003. (bnew, ) Modified on 9/9/2003 (bnew, ). (Entered: 09/08/2003) |
| 09/09/2003 | | Appeal Deadlines Updated (related document(s)67Notice of Appeal). Appellant Designation due by 9/19/2003. (bnew, ) (Entered: 09/09/2003) |
| 10/22/2003 | ❷ 87 | BNC PDF Notice. Order in Adversary No: 03-1052 docketed on main case docket so notices can be mailed via BNC. (See docket # 11 on adversary docket) (bnew, ) (Entered: 10/23/2003) |
| 10/23/2003 | ❷ | Disposition of Adversary. (bnew, ) (Entered: 10/23/2003) |
| 10/23/2003 | ❷ 86 | Adversary Case Closed. 20 year disposition. (bnew, ) (Entered: 10/23/2003) |
| 10/25/2003 | 88 | BNC Certificate of Mailing - PDF Document. Service Date 10/25/03. (Related Doc # 87) (Admin.) (Entered: 10/26/2003) |
| 10/27/2003 | ❷ 89 | Order of District Court dated 10/23/03 that the Motion of Appellee to dismiss appeal is denied as moot; the Bankruptcy Court shall maintain custody of appeal until such time that the record may be completed Signed on 10/27/2003. cm by District Court to: All parties of record. (bnew, ) (Entered: 10/27/2003) |
| 10/27/2003 | ❷ 90 | Appellant Designation of Contents For Inclusion in Record On Appeal *(filed with the District Court on 9/19/03, called Attorney for Revised Designation so docket numbers could be included with list of designated items.)* Filed by Kenneth Gregory (related document(s)67). Appellee designation due by 11/6/2003. Transmission of Designation Due by 11/26/2003. (bnew, ) Modified on 10/28/2003 (bnew, ). (Entered: 10/27/2003) |

| 10/27/2003 | ❂ 91 | Statement of Issues on Appeal, *(filed with the District Court on 9/19/03, called Attorney for Revised Designation so docket numbers could be included with list of designated items.)* Filed by Kenneth Gregory (related document(s)67). (bnew, ) (Entered: 10/27/2003) |
|---|---|---|
| 11/20/2003 | ❂ 92 | Appellant Designation of Contents For Inclusion in Record On Appeal, Statement of Issues on Appeal, Filed by Kenneth Gregory (RE: related document(s): 91 Statement of Issues on Appeal, *(filed with the District Court on 9/19/03, called Attorney for Revised Designation so docket numbers could be included with list of designated items.)* Filed by Kenneth Gregory (related document(s)67). (bnew, )). Appellee designation due by 12/1/2003 for 91,. Transmission of Designation Due by 12/22/2003 for 91,. (Wilson, Lloyd) (Entered: 11/20/2003) |
| 11/25/2003 | ❂ 93 | BNC PDF Notice - Docket Number 20 In Adversary Case No. 03-1052. Order Granting Motion to Withdraw Appeal. Docketed in Main case to Send Order via BNC. (vkna, ) (Entered: 11/25/2003) |
| 11/25/2003 | | Attorney Lawrence C. Bolla for added to case. (vkna, ) (Entered: 11/25/2003) |
| 11/27/2003 | ❂ 94 | BNC Certificate of Mailing - PDF Document. Service Date 11/27/2003. (Related Doc # 93) (Admin.) (Entered: 11/28/2003) |
| 12/08/2003 | ❂ 95 | Transmittal of Record on Appeal to U.S. District Court (RE: related document(s): 67 Notice of Appeal. (Entered: 12/08/2003) |
| 12/08/2003 | ❂ 96 | BNC PDF Notice. Letter of Transmission of Appeal to the District Court at docket no. 95 (bnew, ) (Entered: 12/08/2003) |



UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

KENNETH GREGORY
Appellant

V.

FLORENCE P. GREGORY

CASE NO. 03-225
BANKRUPTCY CASE
NUMBER 01-12468
ADVERSARY NUMBER
02-1051

DESIGNATION OF RECORD AND
STATEMENT OF ISSUES PRESENTED

COMES NOW, Kenneth Gregory, by counsel, and presents the following Designation of Record, and Statement of Issues Presented.

STATEMENT OF ISSUES PRESENTED

Appellant raises the following issues for this court's review:

1.    DID THE BANKRUPTCY COURT COMMIT ERROR WHEN THE COURT REFUSED TO HEAR THE TESTIMONY OF PATRICIA CUNNINGHAM CONCERNING HER OPINION OF WHETHER SHE BELIEVED THAT THE AMOUNT OF PERSONAL PROPERTY REMOVED FROM THE GREGORY RESIDENCE WAS SUBSTANTIALLY GREATER THAN THE PROPERTY DEPICTED ON DEFENDANT'S SCHEDULE B?

2.    SHOULD THE DEFENDANT RECEIVE A DISCHARGE WHEN THE DEFENDANT'S ORIGINAL PETITION FAILED TO LIST INSURANCE PROCEEDS CLAIMED BY DEFENDANT, AND LISTED SUCH CLAIM ONLY AFTER BEING CONFRONTED ABOUT THE CLAIM AT A MEETING OF CREDITORS THAT HAD BEEN CONTINUED SEVERAL TIMES?

3.    DID THE COURT COMMIT ERROR WHEN THE COURT REFUSED TO ALLOW PLAINTIFF TO QUESTION DEFENDANT ABOUT HER FAILURE TO LIST THE INSURANCE CLAIM AS AN ASSET, ON THE GROUNDS THAT DEFENDANT

LISTED THE CASUALTY LOSS LEADING TO THE CLAIM.

4. DID THE COURT COMMIT ERROR BY REFUSING TO HEAR TESTIMONY CONCERNING DEFENDANT'S MISAPPROPRIATION OF FUNDS PAID TO HER BY TRAILER PARK TENANTS?

### DESIGNATION OF RECORD

1. Plaintiff has requested a transcript of the entire proceeding below. Such transcript is designated for this court's review.

2. The following items attached hereto are designated as additional items, and exhibits for this court's review:

a. Schedule B of defendant's Petition.(docket 1)

b. Schedule C of defendant's Petition.(docket 1)

c. Schedule F of defendant's Petition.(docket 1)

d. Summary of defendant's schedules.  (docket 1)

e. Bank account listed on defendant's Pre-trial Statement
    (docket 53)
but not on any of defendant's Petitions.

f. Scheduling Order. (exhibit not docketed)

g. Rescheduling Order. docket 6

h. Rescheduling Order.  (docket 12)

i. Amended Schedule B. (docket 16)

j. Amended Schedule C, and Amended Summary of Schedules.
    (docket 16)

FORM B6J (10/89) West Group, Rochester, NY

In re **Gregory, Florence P.** _____ / Debtor    Case No. _____

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of exemptions claimed only in Schedule C-Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| Type of Property | None | Description and Location of Property | Husband—H Wife—W Joint—J Community—C | Current Market Value of Debtor's Interest in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | *Galaxy Federal Credit Union Checking Account #0001161231* *Location: In debtor's possession* | W | $ |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | ████████████████ | ██ | ██ |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | *50 knick knacks* *Location: In debtor's possession* | W | $ 50 |
| | | *8 Home Interior pictures* *Location: In debtor's possession* | W | $ 40 |
| | | *8 piece dish set* *Location: In debtor's possession* | W | $ 10. |
| | | *Compac Computer* *Location: In debtor's possession* | W | $ 300. |
| | | *Corner cabinet* *Location: In debtor's possession* | W | $ 30. |
| | | *Freezer* *Location: In debtor's possession* | W | $ 50. |
| | | *GE kitchen Stove* *Location: In debtor's possession* | W | $ 50.0 |

Page __1__ of __6__

Ex A
Sch B

..... Group, Rochester, NY

In re _Gregory, Florence P._ _____ / Debtor    Case No. _____
(if known)

## SCHEDULE B-PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband–H Wife–W Joint–J Community–C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Kenmore Shampooer <br> Location: In debtor's possession | W | $ 25.00 |
| | | Kenmore Sweeper <br> Location: In debtor's possession | W | $ 25.00 |
| | | Lawn Furniture <br> Location: In debtor's possession | W | $ 100.00 |
| | | Television <br> Location: In debtor's possession | W | $ 200.00 |
| | | Toaster <br> Location: In debtor's possession | | $ 3.00 |
| | | bed linens <br> Location: In debtor's possession | W | $ 20.00 |
| | | bed pillows <br> Location: In debtor's possession | W | $ 5.00 |
| | | bread box <br> Location: In debtor's possession | W | $ 5.00 |
| | | bread maker <br> Location: In debtor's possession | W | $ 20.00 |
| | | brown chair <br> Location: In debtor's possession | W | $ 20.00 |
| | | brown love seat <br> Location: In debtor's possession | W | $ 30.00 |

2 of 6

Form B6B (10/89) West Group, Rochester, NY

In re *Gregory, Florence P.* _____ / Debtor    Case No. _____
                                                                              (if know

# SCHEDULE B-PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband—H Wife—W Joint—J Community—C | Current Market Value of Debtor's Interest, In Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | can opener<br>Location: In debtor's possession | W | $ 3.00 |
| | | clothes hamper<br>Location: In debtor's possession | W | $ 2.00 |
| | | fan<br>Location: In debtor's possession | W | $ 2.00 |
| | | garbage can<br>Location: In debtor's possession | W | $ 5.00 |
| | | mixer<br>Location: In debtor's possession | W | $ 3.00 |
| | | pots and pans<br>Location: In debtor's possession | W | $ 10.00 |
| | | service of 8 silverware<br>Location: In debtor's possession | W | $ 8.00 |
| | | stereo<br>Location: In debtor's possession | W | $ 150.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | miscellaneous clothing, shoes, and outerwear<br>Location: In debtor's possession | W | $ 109.50 |
| 7. Furs and jewelry. | | 15 pairs of ear rings<br>Location: In debtor's possession | W | $ 20.00 |

Page __3__ of __6__

In re Gregory, Florence P.

/Debtor    Case No.

## SCHEDULE B-PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband—H Wife—W Joint—J Community—C | Current Market Value of Debtor's Interest in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | 2 bracelets<br>Location: In debtor's possession | W | $ 2. |
| | | 2 watches<br>Location: In debtor's possession | W | $ 10.0 |
| | | 5 goldplated necklaces, 15 ear rings, 6 rings, 2 bracelets<br>Location: In debtor's possession | W | $ 20.0. |
| | | 6 rings<br>Location: In debtor's possession | W | $ 20.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | | Walmart 401(k)<br>Location: In debtor's possession | W | $ 170.73 |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Walmart Stock<br>Location: In debtor's possession | W | $ 326.41 |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15. Accounts Receivable. | X | | | |
| 6. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars | | child support<br>Location: In debtor's possession | H | $ 100.00 |
| 7. Other liquidated debts owing debtor include tax refunds. Give particulars. | | IRS Rebate Check<br>Location: In debtor's possession | J | $ 300.00 |

pae 1 of

Form b&b.(10/89) West Group, Rochester, NY

In re **Gregory, Florence P.** _____ / Debtor     Case No. _____

(if know

## SCHEDULE B-PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Market Value of Debtor's Interest, In Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers and other vehicles. | | *1970 Champion Mobile Home* <br> *Location: In debtor's possession* | J | $ 925.00 |
| | | *1970 Holly Park Mobile Home* <br> *Location: In debtor's possession* | J | $ 835.00 |
| | | *1980 Volkswagon Beetle* <br> *Location: In debtor's possession* | J | $ 500.00 |
| | | *1995 Dodge Stratus* <br> *Location: In debtor's possession* | J | $ 1,925.00 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircarft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment and supplies used in business. | | *Case Bull Dozer* <br> *Location: In debtor's possession* | J | $ 3,500.00 |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | W | |

Page  **5**  of  **6**

FORM B6B (10/89) West Group, Rochester, NY

In re _Gregory, Florence P._____ / Debtor    Case No. _____
(If known)

# SCHEDULE B-PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband—H Wife—W Joint—J Community—C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | Total → | $ 9,929.64 |

Page  6  of  6

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

FORM B6C (8/90) West Group, Rochester, NY

In re **Gregory, Florence F.** / Debtor    Case No. _____

(if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:

(Check one box)

☒ 11 U.S.C. § 522(b) (1):   Exemptions provided in 11 U.S.C. § 522(d). Note: These exemptions are available only in certain states.

☐ 11 U.S.C. § 522(b) (2):   Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing each Exemption | | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemptions |
|---|---|---|---|---|
| 50 knick knacks | 11 USC 522 (d) (3) | $1⁰⁰ EA ? | $ 50.00 | $ 50.00 |
| 8 Home Interior pictures | 11 USC 522 (d) (3) | $ 5⁰⁰ EA ? | $ 40.00 | $ 40.00 |
| 8 piece dish set | 11 USC 522 (d) (3) | ? | $ 10.00 | $ 10.00 |
| Compac Computer | 11 USC 522 (d) (3) | ? | $ 300.00 | $ 300.00 |
| Corner cabinet | 11 USC 522 (d) (3) | PRE 1990 | $ 30.00 | $ 30.00 |
| Freezer | 11 USC 522 (d) (3) | | $ 50.00 | $ 50.00 |
| GE kitchen Stove | 11 USC 522 (d) (3) | | $ 50.00 | $ 50.00 |
| Kenmore Shampooer | 11 USC 522 (d) (3) | | $ 25.00 | $ 25.00 |
| Kenmore Sweeper | 11 USC 522 (d) (3) | | $ 25.00 | $ 25.00 |
| Lawn Furniture | 11 USC 522 (d) (3) | All 3 sets ? | $ 100.00 | $ 100.00 |
| Television | 11 USC 522 (d) (3) | | $ 200.00 | $ 200.00 |
| Toaster | 11 USC 522 (d) (3) | | $ 3.00 | $ 3.00 |
| bed linens | 11 USC 522 (d) (3) | | $ 20.00 | $ 20.00 |
| bed pillows | 11 USC 522 (d) (3) | | $ 5.00 | $ 5.00 |
| bread box | 11 USC 522 (d) (3) | | $ 5.00 | $ 5.00 |
| bread maker | 11 USC 522 (d) (3) | | $ 20.00 | $ 20.00 |
| brown chair | 11 USC 522 (d) (3) | PRE 1990 | $ 20.00 | $ 20.00 |
| brown love seat | 11 USC 522 (d) (3) | PRE 1990 | $ 30.00 | $ 30.00 |

FORM B6C (6/90) West Group, Rochester, NY

Ex B
Schedule "C"

In re

_Gregory, Florence P._ _____ / Debtor     Case No. _____

(if k

## SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

### (Continuation Sheet)

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemptions |
|---|---|---|---|
| can opener | 11 USC 522(d)(3) | $ 3.00 | $ 3.0 |
| clothes hamper | 11 USC 522(d)(3) | $ 2.00 | $ 2.0 |
| fan | 11 USC 522(d)(3) | $ 2.00 | $ 2.0 |
| garbage can | 11 USC 522(d)(3) | $ 5.00 | $ 5.0 |
| mixer | 11 USC 522(d)(3) | $ 3.00 | $ 3.00 |
| pots and pans | 11 USC 522(d)(3) | $ 10.00 | $ 10.00 |
| service of 8 silverware | 11 USC 522(d)(3) | $ 8.00 | $ 8.00 |
| stereo | 11 USC 522(d)(3) | $ 150.00 | $ 150.00 |
| miscellaneous clothing, shoes, and outerwear | 11 USC 522(d)(3) | $ 109.50 | $ 109.50 |
| 15 pairs of ear rings | 11 USC 522(d)(4) | $ 20.00 | $ 20.00 |
| 2 bracelets | 11 USC 522(d)(4) | $ 2.00 | $ 2.00 |
| 2 watches | 11 USC 522(d)(4) | $ 10.00 | $ 10.00 |
| 5 goldplated necklaces | 11 USC 522(d)(4) | $ 20.00 | $ 20.00 |
| 5 rings | 11 USC 522(d)(4) | $ 20.00 | $ 20.00 |
| Walmart 401(k) | 22 USC 522(d)(10)(E) | $ 170.73 | $ 170.73 |
| Walmart Stock | 11 U.S.C. 522(d)(5) | $ 326.41 | $ 326.41 |
| child support | 11 USC 522(d)(10)(D) | $ 100.00 | $ 100.00 |
| IRS Rebate Check | 11 U.S.C. 522(d)(5) | $ 300.00 | $ 300.00 |
| '70 Champion Mobile Home | 11 USC 522(d)(5) | $ 225.00 | $ 225.00 |

FORM B6C (6/90) West Group, Rochester, NY

In re
Gregory, Florence P.                                    / Debtor        Case No. _____
                                                                                              (if known)

## SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

(Continuation Sheet)

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemptions |
|---|---|---|---|
| 1980 Volkswagon Beetle | 11 USC 522(d)(5) | $ 500.00 | $ 500.00 |
| 1995 Dodge Stratus | 11 USC 522(d)(2) | $ 1,925.00 | $ 1,925.00 |
| Case Bull Dozer | 11 U.S.C. 522(d)(5)<br>11 USC 522(d)(5) | $ 298.59<br>$ 3,201.41 | $ 3,500.00 |

Page No. __3__ of __3__

FORM B6F (6/97) West Group, Rochester, NY

In re **Gregory, Florence F.** _____ / Debtor    Case No. _____
                                                                      (if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| **Account No:** 3715-160841-21009<br>**Creditor # : 1**<br>**American Express**<br>**c/o OSI Collection Services,**<br>**10199 Southside Blvd. #301**<br>**Jacksonville FL 32256** | | 1995<br>Credit Card Purchases | | | | $ 1,906.78 |
| **Account No:** 4791060016835539<br>**Creditor # : 2**<br>**Aspire VISA**<br>**P.O. Box 105555**<br>**Atlanta GA 30348** | | 1998<br>Credit Card Purchases | | | | $ 3,942.00 |
| **Account No:** 4128003281066210<br>**Creditor # : 3**<br>**Citibank**<br>**National Financial System**<br>**P.O. Box 9013**<br>**Syosset NY 11791** | | 1994<br>Credit Card Purchases | | | | $ 2,896.19 |
| **Account No:** 6011002620066242<br>**Creditor # : 4**<br>**Discover**<br>**P.O. Box 15251**<br>**Wilmington DE 19886** | | 1989<br>Credit Card Purchases | | | | $ 7,924.83 |
| **Account No:** 4791338012881321<br>**Creditor # : 5**<br>**First USA Bank, NA**<br>**P.O. Box 15153**<br>**Wilmington DE 19886** | | 1998<br>Credit Card Purchases | | | | $ 8,253.99 |

_2_ continuation sheets attached

*Exhibit C*
*Schedule F*

Subtotal $ (Total of this page)    24,863.79

Total $ (Report total also on Summary of Schedules)

FORM B5F (9/97) West Group, Rochester, NY

In re _Gregory, Florence P._____ / Debtor    Case No. _____
                                                                    (if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | H—Husband W—Wife J—Joint C—Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:** 4417125827147954<br>Creditor # : 6<br>First USA Bank, NA<br>P.O. Box 15153<br>Wilmington DE 19886 | | | 1998<br>Credit Card Purchases | | | | $ 6,354.67 |
| **Account No:** 4417122936995167<br>Creditor # : 7<br>First USA Bank, NA<br>P.O. Box 15153<br>Wilmington DE 19886 | | | 1995<br>Credit Card Purchases | | | | $ 4,559.44 |
| **Account No:** 5466470002587724<br>Creditor # : 8<br>First USA Bank, NA<br>P.O. Box 15153<br>Wilmington DE 19886 | | | 1999<br>Credit Card Purchases | | | | $ 4,737.44 |
| **Account No:** 4266503007023199<br>Creditor # : 9<br>First USA Bank, NA<br>P.O. Box 15153<br>Wilmington DE 19886 | | | 1995<br>Credit Card Purchases | | | | $ 3,919.33 |
| **Account No:** 4124010200348052<br>Creditor # : 10<br>LTD Financial Services<br>7322 Southwest Freeway<br>Suite 1600<br>Houston TX 77074 | | | 1995<br>Credit Card Purchases | | | | $ 4,324.51 |
| **Account No:** 4450040991544597<br>Creditor # : 11<br>MBNA<br>P.O. Box 15137<br>Wilmington DE 19886 | | | 1996<br>Credit Card Purchases | | | | $ 3,604.41 |
| **Account No:** 0260-026004647<br>Creditor # : 12<br>Mellon Bank<br>P.O. Box 149<br>Pittsburgh PA 15230-0149 | X | J | 1990<br>Line of credit | | | | $ 15,146.89 |

Sheet No. _1_ of _2_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ (Total of this page)    42,646.69

Total $ (Report total also on Summary of Schedules)

Gregory, Florence P. _____ / Debtor    Case No. _____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H—Husband W—Wife J—Joint C—Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: 5418255002637713<br>Creditor # : 13<br>Providian<br>P.O. Box 9016<br>Pleasanton CA 94566-9016 | | **H** 1999<br>Credit Card Purchases<br>Husband has been sued for amount due<br>and has joined Debtor as additional | | | | $ 0.00 |
| Account No:<br>Creditor # : 14<br>Ivy J. Blair<br>150 US 322<br>Franklin PA 16323 | X J | Lot Rent and gas charges | | | | $ 3,229.24 |
| Account No: 4118530000670734<br>Creditor # : 15<br>Wachovia Bankcard Services<br>P.O. Box 15515<br>Wilmington DE 19886 | | **W** 1995<br>Credit Card Purchases | | | | $ 2,792.36 |
| Account No: | | | | | | |
| Account No: | | | | | | |
| Account No: | | | | | | |
| Account No: | | | | | | |

Sheet No. __2__ of __2__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal $<br>(Total of this page) | 6,021.60 |
| Total $<br>(Report total also on Summary of Schedules) | 73,532.08 |

FORM B6 (6/90) West Group, Rochester, NY

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

In re *Gregory, Florence P.*

Case No.
Chapter  7

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages on each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | AMOUNTS SCHEDULED | | |
| --- | --- | --- | --- | --- | --- |
| | | | ASSETS | LIABILITIES | OTHER |
| A-Real Property | Yes | 1 | $ 21,460.00 | | |
| B-Personal Property | Yes | 6 | $ 9,929.64 | | |
| C-Property Claimed as Exempt | Yes | 3 | | | |
| D-Creditors Holding Secured Claims | Yes | 1 | | $ 17,621.04 | |
| E-Creditors Holding Unsecured Priority Claims | Yes | 2 | | $ 3,216.53 | |
| F-Creditors Holding Unsecured Nonpriority Claims | Yes | 3 | | $ 70,302.84 | |
| G-Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H-Codebtors | Yes | 1 | | | |
| I-Current Income of Individual Debtor(s) | Yes | 1 | | | $ 592.97 |
| J-Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $ 981.05 |
| Total Number of Sheets in All Schedules ► | | 20 | | | |
| Total Assets ► | | | $ 31,389.64 | | |
| | | Total Liabilities ► | | $ 91,140.41 | |

*EXHIBIT D*
*Summary of*
*Schedules*

# INDEX:  193    GRID:  B 07

**GALAXY FEDERAL CREDIT UNION**
1313 LIBERTY STREET    FRANKLIN PA 16323
PHONE 814-432-4307    FAX 814-437-3174

**NCUA**

AMBELA SUE MELLRING
FLO GREGORY/JACKSON MELLRING
RR 2 BOX 301 AA
FRANKLIN PA        16323

ACCOUNT NO. 19305    PAGE 1

STATEMENT PERIOD
FROM 4-01-00    TO 4-30-00

---

### SHARE SUFFIX A - REGULAR SHARES

| DATE | DESCRIPTION | AMOUNT | BALANCE | DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|--------|---------|------|-------------|--------|---------|
| 04-01 | PREVIOUS BALANCE | | 159.97 | 04-30 | NEW BALANCE | | 159.97 |
| | DIVIDEND YTD .00 | | | | | | |

### SHARE SUFFIX X - DRAFT ACCOUNT

| DATE | DESCRIPTION | AMOUNT | BALANCE | DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|--------|---------|------|-------------|--------|---------|
| 04-01 | PREVIOUS BALANCE | | 6,118.24 | 04-14 | # 984 | 94.45 | 5,268.07 |
| 04-03 | WITHDRAWAL | 169.38 | 5,948.86 | 04-14 | DEPOSIT | 143.00 | 5,411.07 |
| | 04/03 PREA DEBIT CNA PERSONAL IN - | | | 04-14 | DEPOSIT | .07 | 5,411.14 |
| | USO2119751940 | | | 04-18 | LOAN TRANSFER | 130.37 | 5,280.77 |
| 04-03 | # 976 | 25.00 | 5,923.86 | 04-19 | # 985 | 242.25 | 5,038.52 |
| 04-03 | # 975 | 51.00 | 5,872.86 | 04-21 | DEPOSIT | 201.81 | 5,240.33 |
| 04-03 | JOURNAL ENTRY | 5.00 | 5,867.86 | | 04/21 PAYROLL    DKL INC | | |
| 04-07 | MELLRING, A/STOP PMT FE | | | | 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 | | |
| 04-07 | DEPOSIT | 331.26 | 6,199.12 | 04-21 | # 986 | 265.00 | 4,975.33 |
| | 04/07 PAYROLL    DKL INC | | | 04-24 | WITHDRAWAL | 175.00 | 4,800.33 |
| | 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 | | | 04-24 | # 981 | 4,000.00 | 800.33 |
| 04-10 | # 981 | 5.95 | 6,193.17 | 04-24 | # 987 | 18.95 | 781.38 |
| 04-10 | # 983 | 380.00 | 5,808.17 | 04-25 | # 990 | 24.32 | 757.06 |
| 04-12 | # 978 | 70.00 | 5,738.17 | 04-26 | # 989 | 65.00 | 692.06 |
| 04-12 | # 980 | 150.00 | 5,588.17 | 04-26 | # 988 | 79.00 | 613.06 |
| 04-13 | # 979 | 50.00 | 5,538.17 | 04-26 | # 992 | 130.00 | 483.06 |
| 04-14 | # 982 | 349.29 | 5,188.88 | 04-28 | DEPOSIT | 326.85 | 809.91 |
| 04-14 | DEPOSIT | 331.26 | 5,521.14 | | 04/28 PAYROLL    DKL INC | | |
| | 04/14 PAYROLL    DKL INC | | | | 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 | | |
| | 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 | | | 04-28 | DEPOSIT | 66.41 | 876.32 |
| 04-14 | LOAN TRANSFER | 150.62 | 5,362.52 | 04-28 | DEPOSIT | 217.85 | 1,094.17 |
| | | | | 04-30 | NEW BALANCE | | 1,094.17 |
| | | | | | DIVIDEND YTD 2.93 | | |

### CHECK NUMBER RECAP

| DATE | CHECK | AMOUNT | DATE | CHECK | AMOUNT | DATE | CHECK | AMOUNT | DATE | CHECK | AMOUNT |
|------|-------|--------|------|-------|--------|------|-------|--------|------|-------|--------|
| 04-03 | 975 | 51.00 | 04-10 | 981 | 5.95 | 04-21 | 986 | 265.00 | 04-24 | 981 | 4,000.00 |
| 04-03 | 976 | 25.00 | 04-13 | 982 | 349.29 | 04-24 | 987 | 18.95 | 04-26 | 992 | 130.00 |
| 04-12 | 978* | 70.00 | 04-10 | 983 | 380.00 | 04-26 | 988 | 79.00 | | | |
| 04-13 | 979 | 50.00 | 04-14 | 984 | 94.45 | 04-26 | 989 | 65.00 | | | |
| 04-12 | 980 | 150.00 | 04-19 | 985 | 242.25 | 04-25 | 990 | 24.32 | | | |

*CHECK NUMBERS NOT CONSECUTIVE

---

### LOAN SUFFIX A - CLOSED END

| DATE | DESCRIPTION | TRANS. AMOUNT | PRINC. AMOUNT | *FINANCE* *CHARGE* | LOAN BALANCE |
|------|-------------|---------------|---------------|---------------------|--------------|
| 04-01 | PREVIOUS BALANCE | | | | 5,000.00 |
| 04-14 | TRANSFER PAYMENT | 150.62- | 120.14 | 30.48 | 4,871.86 |
| 04-30 | NEW BALANCE | | | | 4,871.86 |
| | FINANCE CHARGE YTD* | 30.48 | | | |

**ANNUAL PERCENTAGE RATE** 8.900 DAILY PERIODIC RATE .02438%
REGULAR PAYMENT, 150.62    PAYMENT DUE DATE, 5-15-00

### LOAN SUFFIX B - CLOSED END

| DATE | DESCRIPTION | TRANS. AMOUNT | PRINC. AMOUNT | *FINANCE* *CHARGE* | LOAN BALANCE |
|------|-------------|---------------|---------------|---------------------|--------------|

*** CONTINUED ON NEXT PAGE ***

INDEX:  19305

*Exhibit E
Unlisted Bank
Account Statement*

GRID:  B 07

this exhibit was not docketed

FORM B9C (Chapter 7 Individual or Joint Debtor Asset Case)(9/97)  Case Number 01-12468-wv

## UNITED STATES BANKRUPTCY COURT

Western District of Pennsylvania (Erie)

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 12/14/01.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

## See Reverse Side For Important Explanations.

Debtor(s) (name(s) and address):
Florence P. Gregory
Florence Pearl Hartle
P.O. Box 186
Franklin, PA 16323

| Case Number: | Social Security/Taxpayer ID Nos.: |
|---|---|
| 01-12468-wwb | 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 |

| Attorney for Debtor(s) (name and address): | Bankruptcy Trustee (name and address): |
|---|---|
| Diane E. Hasek | Richard W. Roeder |
| Christian Life Building | 314 S. Franklin St. Suite B |
| PO Box 77926 | Titusville, PA 16354 |
| Seneca, PA 16346 | |
| Telephone number: (814) 814-677- | Telephone number: (814) 827-1844 |

Date: **02/05/02**  Time: **1:30 pm**

Location: **Rm 100, Venango County Court House Annex, Liberty Street, Franklin, PA 16323**

Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

### Deadline to File a Proof of Claim:

For all creditors (except a governmental unit): 05/06/02   For a governmental unit: 06/12/02

**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts:**
04/08/02

### Deadline to Object to Exemptions:

Thirty (30) days after the *conclusion* of the meeting of creditors.

The filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized.

| Address of the Bankruptcy Clerk's Office: | |
|---|---|
| 717 State Street | Clerk of the Bankruptcy Court: |
| Suite 501 | Theodore S. Hopkins |
| Erie, PA 16501 | |
| Telephone number: (814) 453-7580 | |

| Hours Open: | Date: |
|---|---|
| 8:00am-5:00pm Mon-Fri | 12/20/01 |

*Exhibit F*
*Scheduling order*

004082

717 State Street
Suite 501
Erie, PA 16501

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

### RESCHEDULED MEETING NOTICE
NOTICE OF COMMENCEMENT OF CASE UNDER CHAPTER 7
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

Case Number:   01-12468
Date Converted:

IN RE: (Name of Debtor)
**Florence P. Gregory,**
**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, aka**
**Florence Pearl Hartle**

ADDRESS OF DEBTOR
P.O. Box 186
Franklin, PA 16323

NAME/ADDRESS OF ATTORNEY FOR DEBTOR
Diane E. Hasek
Christian Life Building
PO Box 77926
Seneca, PA 16346

Telephone Number: (814) 814-677-

NAME/ADDRESS OF TRUSTEE
William Pineo
764 Park Avenue
P.O. Box 598
Meadville, PA 16335

Telephone Number: 814-337-8075

DATE/TIME/LOCATION OF MEETING OF CREDITORS
February 25, 2002 at 9:00 am
Thomas Room
Crawford County Courthouse
Meadville, PA 16335

THE MEETING OF CREDITORS HAS BEEN RESCHEDULED TO THE
DATE, TIME AND LOCATION LISTED ABOVE.

FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF
CREDITORS WILL RESULT IN A RULE TO SHOW CAUSE WHY THE
CASE SHOULD NOT BE DISMISSED.

Dated: 01/10/02

BY THE COURT

**Warren W. Bentz**
**United States Bankruptcy Judge**

FORM R52

Exhibit 6
Rescheduling
order

027676

Docket 12

717 State Street
Suite 501
Erie, PA 16501

### UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF PENNSYLVANIA

---

### RESCHEDULED MEETING NOTICE
NOTICE OF COMMENCEMENT OF CASE UNDER CHAPTER 7
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

Case Number:  01-12468
Date Converted:

IN RE: (Name of Debtor)
**Florence P. Gregory,**
**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, aka**
Florence Pearl Hartle

**ADDRESS OF DEBTOR**
P.O. Box 186
Franklin, PA 16323

**NAME/ADDRESS OF ATTORNEY FOR DEBTOR**
Diane E. Haack
Christian Life Building
PO Box 77926
Seneca, PA 16346

Telephone Number: (814) 814-677-

**NAME/ADDRESS OF TRUSTEE**
William Pineo
764 Park Avenue
P.O. Box 598
Meadville, PA 16335

Telephone Number: 814-337-8075

**DATE/TIME/LOCATION OF MEETING OF CREDITORS**
April 29, 2002 at 9:00 am
Thomas Room
Crawford County Courthouse
Meadville, PA 16335

**THE MEETING OF CREDITORS HAS BEEN RESCHEDULED TO THE
DATE, TIME AND LOCATION LISTED ABOVE.**

**FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF
CREDITORS WILL RESULT IN A RULE TO SHOW CAUSE WHY THE
CASE SHOULD NOT BE DISMISSED.**

Dated: 03/08/02

**BY THE COURT**

**Warren W. Bentz**
**United States Bankruptcy Judge**

*Exhibit H
Rescheduling
order*



**AMENDED**
**SCHEDULE A-REAL PROPERTY**

| Description and Location of Property | Nature of Debtor's Interest in Property | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|
| RD 3, 4001 Deep Hollow Road, Franklin, Venango County, Pennsylvania | Fee Simple | $ 21,460.00 | $ 13,465.89 |

**TOTAL $** 21,460.00

---

**AMENDED**
**SCHEDULE B-PERSONAL PROPERTY**

| Type of Property | N | Description and Location of Property | Husband-H Wife-W Joint-J Community-C | Current Market Value |
|---|---|---|---|---|
| Cash on hand | X | | | |
| Checking, savings or other financial accounts... | | Galaxy Federal Credit Union Checking Account #0001161231 Location: In debtor's possession | W | $ 26 |
| Security deposits with public utilities... | X | | | |
| Household goods and furnishings... | | 10 knick knacks Location: In debtor's possession | W | $ 50. |
| | | 8 Home interior pictures Location: In debtor's possession | W | $ 40 |
| | | 8 piece dish set Location: In debtor's possession | W | $ 10 |
| | | Compaq Computer Location: In debtor's possession | W | $ 100. |
| | | Corner cabinet Location: In debtor's possession | W | $ 30 |
| | | Entertainment Center Location: In debtor's possession | J | $ 150 |
| | | Freezer Location: In debtor's possession | W | $ 50 |

Page __ of __

---

**AMENDED**
**SCHEDULE B-PERSONAL PROPERTY**
(Continuation Sheet)

| Type of Property | N | Description and Location of Property | Husband-H Wife-W Joint-J Community-C | Current Market Value |
|---|---|---|---|---|
| | | GE kitchen stove Location: In debtor's possession | W | $ 50.00 |
| | | Kenmore shampooer Location: In debtor's possession | W | $ 25.00 |
| | | Kenmore sweeper Location: In debtor's possession | W | $ 35.00 |
| | | Lawn furniture Location: In debtor's possession | W | $ 100.00 |
| | | Propane fireplace Location: In debtor's possession | W | $ 300.00 |
| | | Sewing Machine Location: In debtor's possession | W | $ 50.00 |
| | | Television Location: In debtor's possession | W | $ 100.00 |
| | | Toaster Location: In debtor's possession | | $ 3.00 |
| | | Wooden Patio Set Location: In debtor's possession | J | $ 100.00 |
| | | bed linens Location: In debtor's possession | W | $ 20.00 |
| | | bed pillows Location: In debtor's possession | W | $ 5.00 |

Page __ of __

---

**AMENDED**
**SCHEDULE B-PERSONAL PROPERTY**
(Continuation Sheet)

| Type of Property | N | Description and Location of Property | Husband-H Wife-W Joint-J Community-C | Current Market Value |
|---|---|---|---|---|
| | | bread box Location: In debtor's possession | W | $ 5 |
| | | bread maker Location: In debtor's possession | W | $ 20 |
| | | brown chair Location: In debtor's possession | W | $ 20 |
| | | brown love seat Location: In debtor's possession | W | $ 30 |
| | | can opener Location: In debtor's possession | W | $ 1 |
| | | clothes hamper Location: In debtor's possession | W | $ 2 |
| | | fan Location: In debtor's possession | W | $ 2 |
| | | garbage can Location: In debtor's possession | W | $ 5 |
| | | mixer Location: In debtor's possession | W | $ 1 |
| | | pots and pans Location: In debtor's possession | W | $ 10 |
| | | service of 8 silverware Location: In debtor's possession | W | $ 8 |

Page __ of __

*Exhibit I*
*Amended Schedule B*

In re Gregory, Florence P.                                / Debtor         Case No

**A M E N D E D**
**SCHEDULE B-PERSONAL PROPERTY**
(Continuation Sheet)

| Type of Property | N | Description and Location of Property | Husband-H Wife-W Joint-J Community-C | Current Market Value of Debtor's Interest in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | stereo Location: In debtor's possession | W | $ 150.00 |
| | X | | | |
| | | miscellaneous clothing, shoes, and outerwear Location: In debtor's possession | W | $ 109.30 |
| | | 15 pairs of ear rings Location: In debtor's possession | W | $ 20.00 |
| | | 2 bracelets Location: In debtor's possession | W | $ 2.00 |
| | | 2 watches Location: In debtor's possession | W | $ 10.00 |
| | | 5 goldplated necklaces, 15 ear rings, 6 rings, 2 bracelets Location: In debtor's possession | W | $ 20.00 |
| | | 6 rings Location: In debtor's possession | W | $ 20.00 |
| | X | | | |
| | X | | | |
| | X | | | |
| | | Walmart 401(k) Location: In debtor's possession | W | $ 170.73 |
| | | Walmart Stock Location: In debtor's possession | W | $ 786.41 |

Page 4 of 5

---

In re Gregory, Florence P.                                / Debtor         Case No

**A M E N D E D**
**SCHEDULE B-PERSONAL PROPERTY**
(Continuation Sheet)

| Type of Property | N | Description and Location of Property | Husband-H Wife-W Joint-J Community-C | Current Market Value of Debtor's Interest in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | child support Location: In debtor's possession | W | $ 150 |
| | | IRS Rebate Check Location: In debtor's possession | W | $ 300 |
| | X | | | |
| | | | | |
| | | | | |
| | | 1970 Champion Mobile Home Location: In debtor's possession | J | $ 525 |
| | | 1970 Holly Park Mobile Home Location: In debtor's possession | J | $ 935 |
| | | 1980 Volkswagen Beetle Location: In debtor's possession | J | $ 120 |
| | | 1995 Dodge Stratus Location: In debtor's possession | J | $ 1 325 |

Page 3 of 5

---

In re Gregory, Florence P.                                / Debtor         Case No

**A M E N D E D**
**SCHEDULE B-PERSONAL PROPERTY**
(Continuation Sheet)

| Type of Property | N | Description and Location of Property | Husband-H Wife-W Joint-J Community-C | Current Market Value of Debtor's Interest in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | X | | | |
| | X | | | |
| | | Case Bull Dozer Location: In debtor's possession | J | $ 3,500.00 |
| | X | | | |
| | | Chihuahua Location: In debtor's possession | J | $ 0.00 |
| | X | | | |
| | X | | | |
| | | Fire Insurance Proceeds on contents of garage Location: In debtor's possession | J | $ 10,500.00 |
| | | Fire Insurance Proceeds on house & garage Location: In debtor's possession | J | $ 24,000.00 |

Total → $ 44,639.44

Page 5 of 5

**Top-left schedule**

In re Florence P., Debtor   Case No.

# A M E N D E D
## SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| an 2, 6851 Deep Hollow Road, Franklin, Venango County, PA | 11 USC 522(d)(6) | $ 0.00 | $ 22,460.00 |
| 30 Knick Knacks | 11 USC 522(d)(3) | $ 30.00 | $ 30.00 |
| 8 Home Interior pictures | 11 USC 522(d)(3) | $ 40.00 | $ 40.00 |
| 6 piece dish set | 12 USC 522(d)(3) | $ 10.00 | $ 10.00 |
| Compaq Computer | 11 USC 522(d)(3) | $ 300.00 | $ 300.00 |
| Corner cabinet | 11 USC 522(d)(3) | $ 30.00 | $ 30.00 |
| Entertainment Center | 11 USC 522(d)(3) | $ 130.00 | $ 130.00 |
| Freezer | 11 USC 522(d)(3) | $ 50.00 | $ 50.00 |
| 2x kitchen Stove | 11 USC 522(d)(3) | $ 50.00 | $ 50.00 |
| Kenmore Dishwasher | 11 USC 522(d)(3) | $ 25.00 | $ 25.00 |
| Kenmore Dryer | 11 USC 522(d)(3) | $ 25.00 | $ 25.00 |
| Lawn Furniture | 11 USC 522(d)(3) | $ 100.00 | $ 100.00 |
| Propane fireplace | 11 USC 522(d)(3) | $ 200.00 | $ 200.00 |
| Sewing Machine | 11 USC 522(d)(3) | $ 50.00 | $ 50.00 |
| Television | 11 USC 522(d)(3) | $ 200.00 | $ 200.00 |
| Toaster | 11 USC 522(d)(3) | $ 3.00 | $ 3.00 |
| Wooden Patio Set | 11 USC 522(d)(3) | $ 100.00 | $ 100.00 |

Page 1 of 3

**Top-right schedule**

In re Gregory, Florence P., Debtor   Case No.

# A M E N D E D
## SCHEDULE C-PROPERTY CLAIMED AS EXEMPT
### (Continuation Sheet)

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| bed linens | 11 USC 522(d)(3) | $ 20.00 | $ 20 |
| bed pillows | 11 USC 522(d)(3) | $ 5.00 | $ 5 |
| bread box | 11 USC 522(d)(3) | $ 5.00 | $ 5 |
| bread maker | 11 USC 522(d)(3) | $ 25.00 | $ 25 |
| broom whisk | 11 USC 522(d)(3) | $ 20.00 | $ 20 |
| brown love seat | 11 USC 522(d)(3) | $ 30.00 | $ 30 |
| can opener | 11 USC 522(d)(3) | $ 5.00 | $ 5 |
| clothes hamper | 11 USC 522(d)(3) | $ 2.00 | $ 2 |
| fan | 11 USC 522(d)(3) | $ 2.00 | $ 2 |
| garbage can | 11 USC 522(d)(3) | $ 5.00 | $ 5 |
| mixer | 11 USC 522(d)(3) | $ 2.00 | $ 2 |
| pots and pans | 11 USC 522(d)(3) | $ 10.00 | $ 10 |
| service of 8 silverware | 11 USC 522(d)(3) | $ 6.00 | $ 6 |
| stereo | 11 USC 522(d)(3) | $ 150.00 | $ 150 |
| miscellaneous clothing, shoes, and outerwear | 11 USC 522(d)(3) | $ 100.00 | $ 100 |
| 15 pairs of ear rings | 11 USC 522(d)(4) | $ 70.00 | $ 70 |
| 2 bracelets | 11 USC 522(d)(4) | $ 2.00 | $ 2 |
| 3 watches | 11 USC 522(d)(4) | $ 10.00 | $ 10 |
| 3 goldplated necklaces | 11 USC 522(d)(4) | $ 30.00 | $ 30 |
| 3 rings | 11 USC 522(d)(4) | $ 30.00 | $ 30 |

Page No. 2 of 3

**Bottom-left schedule**

In re Gregory, Florence P., Debtor   Case No.

# A M E N D E D
## SCHEDULE C-PROPERTY CLAIMED AS EXEMPT
### (Continuation Sheet)

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| Walmart 401(k) | 11 USC 522(d)(10)(E) | $ 170.72 | $ 170.72 |
| Walmart Stock | 11 U.S.C. 522(d)(5) | $ 326.42 | $ 326.42 |
| child support | 11 USC 522(d)(10)(D) | $ 100.00 | $ 100.00 |
| Unf Rebate Check | 11 U.S.C. 522(d)(5) | $ 300.00 | $ 300.00 |
| 1970 Champion Mobile Home | 11 USC 522(d)(5) | $ 0.00 | $ 925.00 |
| 1972 Holly Park Mobile Home | 11 USC 522(d)(5) | $ 0.00 | $ 425.00 |
| 1968 Volkswagon Beetle | 11 USC 522(d)(5) | $ 0.00 | $ 100.00 |
| 1988 Dodge Minivan | 11 USC 522(d)(2) | $ 1,875.00 | $ 1,875.00 |

Page No. 3 of 3

**Bottom-right: Summary of Schedules**

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

In re Gregory, Florence P.   Case No.   Chapter

Debtor

# A M E N D E D
## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages on each. Report the totals from Schedules A, B, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A Real Property | Yes | 1 | $ 23,460.00 | | |
| B Personal Property | Yes | | $ | | |
| | | | | | |
| Total Assets | | | $ 76,889.04 | | |
| Total Liabilities | | | | $ 93,260.42 | |

ExHiBiT J
Amended Schedule C& Summary of Schedules

_____ F. _____ / Debtor   Case No. _____

**AMENDED**
AMENDED **DECLARATION CONCERNING DEBTOR'S SCHEDULES**

DECLARATION UNDER PENALTY OF PERJURY BY AN INDIVIDUAL DEBTOR

**AMENDED   AMENDED   11**
I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date __12/5/2001__      Signature __Florence F. Gregory__
                        Gregory, Florence F.

---

CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of May, 2002, I served a true and correct copy of the foregoing Amended Schedules and Summary upon the Trustee, and Kenneth Gregory, by his attorney, as follows, at the following addresses and I further certify that these are the only parties that I find it necessary to serve due to the foregoing Amended Schedules and Summary

Diane E. Haseh, Esquire
Attorney for Petitioner, Florence Gregory

William Pinon, Esquire, Trustee
764 Park Avenue
Meadville, PA 16335

Lloyd B. Wilson, Esquire
Attorney for Kenneth Gregory
213 Oak Road
Oil City, PA 16301

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                  :
Florence P. Gregory                     :
                                        : Bankruptcy No. **01-12468**
                                        : Docket No: **65**
                                        :
                          Debtor(s).    :
                                        :

## ORDER OF COURT

       **WHEREAS,** Rule 8007(b) of the Federal Rules of Bankruptcy Procedure provides that the clerk shall transmit a copy of the record on appeal to the clerk of the district court;

       **NOW, THEREFORE,** this _2_ day of ___June___, 20_03_, pursuant to Rule 8007(c) of the Federal Rules of Bankruptcy Procedure;

       **IT IS HEREBY ORDERED** that the parties shall within ten (10) days of filing a designation of the record provide to the Clerk of the Bankruptcy Court copies of all papers designated to be included in the record on appeal. If any party fails to timely provide the copies, the clerk shall prepare the copy at the expense of the party.

                                                    _Warren W. Bentz_  13

                                      U.S. Bankruptcy Judge

c:     Appellant
       Appellee(s)
       U.S. Trustee

E-#14a

(67)

Official Form 17
(12/02)

# United States Bankruptcy Court

FILED

_Western_ District Of _PA_

03 MAY 27 AM 10: 58

CLERK
U.S. BANKRUPTCY
COURT - ERIE

In re _FLORENCE P. GREGORY_
Debtor

Case No. _01 - 12468_

Chapter _7_

[Caption as in Form 16A, 16B, 16C, or 16D, as appropriate]

## NOTICE OF APPEAL

_Kenneth E Gregory_, the plaintiff [or defendant or other party] appeals under 28 U.S.C.
§ 158(a) or (b) from the judgment, order, or decree of the bankruptcy judge (describe) entered in this adversary
proceeding [or other proceeding, describe type] on the _16th_ day of _MAY_, _2003_.
                                                                            (month)      (year)

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and
telephone numbers of their respective attorneys are as follows:

_FLORENCE P. GREGORY_
_P.O. BOX 186    FRANKLIN, PA  16323_

Dated: _5/23/03_

Signed: _Kenneth E Gregory_
Attorney for Appellant (or Appellant, if not represented by
an Attorney)

Attorney Name: _"PENDING" - PRO. SE_

Address: _4001 DEEP Hollow ROAD_
_FRANKLIN, PA  16323_

Telephone No: _814  432-3874_

If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a right to have the
appeal heard by the district court. The appellant may exercise this right only by filing a separate statement of
election at the time of the filing of this notice of appeal. Any other party may elect, within the time provided in 28
U.S.C. § 158(c), to have the appeal heard by the district court.

_If a child support creditor or its representative is the appellant, and if the child support creditor or its representative
files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required._

6/2/03
Per Mr. Gregory he is
appealing the Memorandum
Order dated 5/22/03. The
appeal is in the Main Case.
BN



JS 44
Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
FLORENCE P. GREGORY
P.O. BOX 186 FRANKLIN, PA
16323

**DEFENDANTS**
KENNETH E GREGORY
4001 DEEP HOLLOW ROAD
FRANKLIN, PA 16323

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  VENANGO
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
DIANE BASEL
P.O. BOX 77926
SENECA, PA 16346

ATTORNEYS (IF KNOWN)
PRO. SE                6432

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)

☐ 1 U.S. Government
Plaintiff

☐ 3 Federal Question
(U.S. Government Not a Party)

☐ 2 U.S. Government
Defendant

☐ 4 Diversity
(Indicate Citizenship of Parties
in item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF
(For Diversity Cases Only) AND ONE BOX FOR DEFENDANT)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV.   NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☒ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury — Med. Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury — Product Liability | ☐ 630 Liquor Laws | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | | ☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS — Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | ☐ 550 Civil Rights ☐ 555 Prison Condition | | | |

**V. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

Appeal to District
Judge from
Magistrate
Judgment

☒ 1 Original
Proceeding

☐ 2 Removed from
State Court

☐ 3 Remanded from
Appellate Court

☐ 4 Reinstated or
Reopened

Transferred from
☐ 5 another district
(specify)

☐ 6 Multidistrict
Litigation

☐ 7 Magistrate
Judgment

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE.
DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

28 U.S.C. 158

**VII. REQUESTED IN
COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION
☐ UNDER F.R.C.P. 23

**DEMAND $**

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☒ YES   ☐ NO

**VIII. RELATED CASE(S)** (See instructions):
IF ANY
JUDGE WARREN BENTZ
DOCKET NUMBER 01-12468

DATE
3/27/03

SIGNATURE OF ATTORNEY OF RECORD
Florence Gregory

FOR OFFICE USE ONLY

RECEIPT #_____ AMOUNT_____ APPLYING IFP_____ JUDGE_____ MAG. JUDGE_____

**JS 44A**                                                        **REVISED OCTOBER, 1993**

## IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

### THIS CASE DESIGNATION SHEET MUST BE COMPLETED

**PART A**

This case belongs on the ( _X_ Erie _____ Johnstown _____ Pittsburgh) calendar.

1. **ERIE CALENDAR** - If cause of action arose in the counties of Crawford, Elk, Erie, Forest, McKean, Venango or Warren, OR any plaintiff or defendant resides in one of said counties.
2. **JOHNSTOWN CALENDAR** - If cause of action arose in the counties of Bedford, Blair, Cambria, Clearfield or Somerset, OR any plaintiff or defendant resides in one of said counties.
3. Complete if on **ERIE CALENDAR**: I certify that the cause of action arose in _Venango_ County and that the _Plaintiff_ resides in _Venango_ County.
4. Complete if on **JOHNSTOWN CALENDAR**: I certify that the cause of action arose in _____ County and that the _____ resides in _____ County.

**PART B (You are to check ONE of the following)**

1. _X_ This case is related to Number _01-1246B_, Judge _WARREN BENTZ_.
2. _____ This case is not related to a pending or terminated case.

### DEFINITIONS OF RELATED CASES:

**CIVIL:** Civil cases are deemed related when a case filed relates to property included in another suit, or involves the same issues of fact or it grows out of the same transactions as another suit, or involves the validity or infringement of a patent involved in another suit.

**EMINENT DOMAIN:** Cases in contiguous closely located groups and in common ownership groups which will lend themselves to consolidation for trial shall be deemed related.

**HABEAS CORPUS & CIVIL RIGHTS:** All habeas corpus petitions filed by the same individual shall be deemed related. All pro se Civil Rights actions by the same individual shall be deemed related.

### PART C

1. **CIVIL CATEGORY (Place x in only applicable category).**

   1. ( )  Antitrust and Securities Act Cases
   2. ( )  Labor-Management Relations
   3. ( )  Habeas Corpus
   4. ( )  Civil Rights
   5. ( )  Patent, Copyright, and Trademark
   6. ( )  Eminent Domain
   7. ( )  All other federal question cases
   8. (x)  All personal and property damage tort cases, including maritime, FELA, Jones Act, Motor vehicle, products liability, assault, defamation, malicious prosecution, and false arrest.
   9. (x)  Insurance indemnity, contract, and other diversity cases.
   10. ( )  Government Collection Cases (shall include HEW Student Loans (Education), VA Overpayment, Overpayment of Social Security, Enlistment Overpayment (Army, Navy, etc.), HUD Loans, GAO Loans (Misc. Types), Mortgage Foreclosures, S.B.A. Loans, Civil Penalties and Coal Mine Penalty and Reclamation Fees.)

I certify that to the best of my knowledge the entries on this Case Designation Sheet are true and correct.

Date: _3/27/03_

_Kevin W. Gregory PRO-Se_
ATTORNEY AT LAW

**NOTE: ALL SECTIONS OF BOTH SIDES MUST BE COMPLETED BEFORE CASE CAN BE PROCESSED.**