**UNITED STATES BANKRUPTCY COURT**
**OFFICE OF THE CLERK**
**WESTERN DISTRICT OF PENNSYLVANIA**
U.S. Courthouse, Room B160
17 South Park Row
Erie, Pennsylvania 16501

Telephone (814) 464-9740

JOHN H. HORNER                                    DEBRA C. SCIAMANDA
CLERK OF COURT                                    DEPUTY CLERK IN CHARGE

July 1, 2008

Robert V. Barth, Clerk
United Stated District Court
P. O. Box 1805
Pittsburgh, PA  15230

Dear Mr. Barth:

      Re: Florence P. Gregory
       Case No: 01-12468
       County: Venango
       Civil Action No:  03-225
       District Court Judge: McLaughlin

  Enclosed herewith is a Motion to Review Vouluntary Withdrawal of Appeal which was filed in our court on June 27, 2008 in connection with the above mentioned case at Civil Action No. 03-225.

      Sincerely,

      JOHN J. HORNER
      Clerk, U. S. Bankruptcy Court

      By: _____ Bonnie L. Blackwood _____
          Deputy Clerk

c: Appellant(s)
 Appellee(s)

#65b-E

**FILED**

JUL - 1 2008

CLERK U.S. DISTRICT COURT
WEST. DIST.

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | BANKRUPTCY NO. 01-12468 |
| | : | CHAPTER 7 |
| FLORENCE P. GREGORY, DEBTOR | : | |
| | : | |
| KENNETH GREGORY, Movant | : | MOTION NO. LEW-1 |
| VS. | : | DOCKET NO. 17 |
| FLORENCE GREGORY AND WILLIAM | : | OBJECTION TO EXEMPTIONS |
| PINEO, TRUSTEE, Respondents | : | |
| | : | |
| KENNETH GREGORY, Plaintiff | : | ADVERSARY NO. 02-1051 |
| VS. | : | DOCKET NO. 1 |
| FLORENCE P. GREGORY, Defendant | : | OBJECTION TO DISCHARGE |

## MEMORANDUM AND ORDER

This case is not as much about financial misconduct as it is about the emotional turbulence of a marital break-up. We find no basis for denial of discharge or dischargeability. We also find that the Debtor's claim of exemptions does not exceed the exemption allowances of the Bankruptcy Code.

It is therefore ORDERED as follows:

1. The Complaint of Kenneth Gregory, objecting to the discharge and to the dischargeability of claims against the Debtor, Florence P. Gregory, shall be, and hereby is, dismissed.

2. The objection to the Debtor's exemptions is refused and the Debtor is allowed the exemptions claimed in her bankruptcy schedules. It is noted, however, that this is not an adjudication of the Debtor's title to such items as between her and any other co-owner. Under

this allowance of her exemptions, the Debtor is entitled to retain the items set forth in her request for exemptions, subject to any title claims which may be outstanding.

Dated: May 22, 2003



Warren W. Bentz
United States Bankruptcy Judge

c: William Pineo, Esq.
   U.S. Trustee
   Diane E. Hasek, Esq.
   Lloyd E. Wilson, Esq.

FILED

MAY 2 2 2003

U.S. BANKRUPTCY COURT
WEST DIST OF PA - ERIE

Official Form 17
(12/02)

# United States Bankruptcy Court

_Western_ District Of _PA_

FILED
03 MAY 27 AM 10: 58
CLERK
U.S. BANKRUPTCY
COURT - ERIE

In re _Florence P. Gregory_
Debtor

Case No. _01-12468_

Chapter _7_

[Caption as in Form 16A, 16B, 16C, or 16D, as appropriate]

## NOTICE OF APPEAL

_Kenneth E Gregory_, the plaintiff [or defendant or other party] appeals under 28 U.S.C. § 158(a) or (b) from the judgment, order, or decree of the bankruptcy judge (describe) entered in this adversary proceeding [or other proceeding, describe type] on the _16th_ day of _May_, _2003_.
(month) (year)

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

Florence P. Gregory
P.O. Box 186   Franklin, PA  16323

Dated: _5/23/03_

Signed: _Kenneth E Gregory_
Attorney for Appellant (or Appellant, if not represented by an Attorney)

Attorney Name: _"Pending" - Pro Se_

Address: _4001 Deep Hollow Road_
_Franklin, PA  16323_

Telephone No: _814 432-3874_

If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a right to have the appeal heard by the district court. The appellant may exercise this right only by filing a separate statement of election at the time of the filing of this notice of appeal. Any other party may elect, within the time provided in 28 U.S.C. § 158(c), to have the appeal heard by the district court.

If a child support creditor or its representative is the appellant, and if the child support creditor or its representative files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

6/2/03
Per Mr. Gregory he is appealing the Memorandum Order dated 5/22/03. The appeal is in the main case.
BN

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:  
Florence P. Gregory

: Bankruptcy No. **01-12468**
: Docket No: **65**

Debtor(s).

### ORDER OF COURT

WHEREAS, Rule 8007(b) of the Federal Rules of Bankruptcy Procedure provides that the clerk shall transmit a copy of the record on appeal to the clerk of the district court;

NOW, THEREFORE, this **2** day of **June**, 20**03**, pursuant to Rule 8007(c) of the Federal Rules of Bankruptcy Procedure;

**IT IS HEREBY ORDERED** that the parties shall within ten (10) days of filing a designation of the record provide to the Clerk of the Bankruptcy Court copies of all papers designated to be included in the record on appeal. If any party fails to timely provide the copies, the clerk shall prepare the copy at the expense of the party.

_____  
U.S. Bankruptcy Judge

13

c:   Appellant  
     Appellee(s)  
     U.S. Trustee

E-#14a