03-225

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: FLORENCE P. GREGORY

CASE NO. 01-12468 WWB

KENNETH E. GREGORY
PLAINTIFF

VS.

FLORENCE P. GREGORY, DEBTOR
DEFENDANT



MOTION TO REVIEW VOLUNTARY
WITHDRAWAL OF APPEAL

COMES NOW, June 25, 2008, Kenneth E. Gregory, by pro-se and files this motion To Review Volunatry Withdrawal of Appeal And Proceedings.

1. Kenneth E Gregory, hereby withdrawals the request for Appeal............

2. Respondent Florence P.Gregory filed a Voluntary Petition under Chapter 7 of the United States Bankruptcy Code, Case Number 01-12468-WWB. The debtor recieved a discharge of debts on May 22, 2004.

Respectfully Submitted

_____
Kenneth E. Gregory

FILED
JUL - 1 2008
CLERK ... COURT
...VANIA