IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| FLORENCE P. GREGORY, | ) | |
| | ) | |
| Debtor | ) | |
| | ) | |
| KENNETH E. GREGORY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 03-225 Erie |
| | ) | |
| FLORENCE P. GREGORY, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

AND NOW, this 7th day of July, 2008, upon consideration of the Motion to Voluntarily Withdraw Appeal [Doc. No. 9] filed by the Plaintiff, Kenneth E. Gregory,

IT IS HEREBY ORDERED the above-captioned Appeal is DISMISSED.

The clerk is directed to mark the case closed.


                                                               s/ Sean J. McLaughlin
                                                               United States District Judge

cc: All parties of record.